UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY CASTODIO, | No. C 13-713 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 21, 2013

_____
SUSAN ILLSTON
United States District Judge