**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAUNCEY CASTODIO,

    Petitioner,

    v.

RANDY GROUNDS, warden,

    Respondent.
                                           /

No. C 13-713 SI (pr)

**ORDER DENYING REQUESTS FOR RECONSIDERATION AND COA**

    Petitioner filed this *pro se* action for a writ of habeas corpus challenging a prison disciplinary decision that resulted in a time credit forfeiture. The court denied the petition in an order filed on July 21, 2013. Petitioner's request for reconsideration of that order is DENIED. (Docket # 13.) He contends that the court improperly relied on 15 Cal. Code Regs. § 3288, but fails to note that § 3288 was neither cited to, nor relied upon, in the order.

    Castodio's request for a certificate of appealability is DENIED. (Docket # 13.) This is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" in the order denying the petition, or one in which "jurists of reason would find it debatable whether the district court was correct in its procedural [rulings]" in this order. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see* 28 U.S.C. § 2253(c). The denial of the certificate of appealability is without prejudice to petitioner seeking a certificate from the United States Court of Appeals for the Ninth Circuit.

    IT IS SO ORDERED.

Dated: November 20, 2013

                                                      _____
                                                            SUSAN ILLSTON
                                                     United States District Judge